**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:26-cr-**_00249-MC_ |
| **v.** | **INDICTMENT** |
| **DYLAN BRANTING ASHMUN,** | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGE:**

**COUNT 1**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about May 14, 2026, in the District of Oregon, defendant **DYLAN BRANTING ASHMUN**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Robbery in the Second Degree, on or about December 07, 2025, Jackson County Circuit Court, Case Number 052209AFE;

(2) Manslaughter in the First Degree, on or about October 22, 2012, Jackson County Circuit Court in Oregon, Case Number 121459FE;

(3) Robbery in the Second Degree, on or about October 22, 2012, Jackson County Circuit Court, Case Number 121923FE;

did knowingly and unlawfully possess the following firearm, to wit: a Polymer 80 9mm handgun, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant **DYLAN BRANTING ASHMUN** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense, including without limitation: a Polymer 9mm handgun.

Dated: July 9, 2026

A TRUE BILL.

OFFICI

Presented by:

SCOTT E. BRADFORD
United States Attorney

SARA T. SHAW, OSB #204443
Assistant United States Attorney